**No. 10-7985. Brett Hahn, Petitioner v. United States.**

562 U.S. 1192, 131 S. Ct. 1031, 178 L. Ed. 2d 852, 2011 U.S. LEXIS 701.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 394 Fed. Appx. 381.

**No. 10-7986. Terrance Gerard Freeman, Petitioner v. United States.**

562 U.S. 1192, 131 S. Ct. 1031, 178 L. Ed. 2d 852, 2011 U.S. LEXIS 643.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 393 Fed. Appx. 99.

**No. 10-7987. Javiar Gaspar, Petitioner v. United States.**

562 U.S. 1192, 131 S. Ct. 1031, 178 L. Ed. 2d 852, 2011 U.S. LEXIS 637.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 394 Fed. Appx. 259.

**No. 10-7988. Sixtos Alonso Garcia, Petitioner v. United States.**

562 U.S. 1192, 131 S. Ct. 1031, 178 L. Ed. 2d 852, 2011 U.S. LEXIS 648.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 394 Fed. Appx. 985.

**No. 10-7989. Gilbert Gotora, Petitioner v. United States.**

562 U.S. 1193, 131 S. Ct. 1032, 178 L. Ed. 2d 852, 2011 U.S. LEXIS 653.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 394 Fed. Appx. 180.

**No. 10-7992. Ramon Garza, Jr., Petitioner v. United States.**

562 U.S. 1193, 131 S. Ct. 1032, 178 L. Ed. 2d 852, 2011 U.S. LEXIS 627.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 403 Fed. Appx. 362.

**No. 10-7995. Thomas Horton, Petitioner v. United States.**

562 U.S. 1193, 131 S. Ct. 1032, 178 L. Ed. 2d 852, 2011 U.S. LEXIS 702.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 611 F.3d 936.

**No. 10-7997. Jason Lofton, Petitioner v. United States.**

562 U.S. 1193, 131 S. Ct. 1032, 178 L. Ed. 2d 852, 2011 U.S. LEXIS 639.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 393 Fed. Appx. 872.

**No. 10-8001. Charles E. Goff, Jr., Petitioner v. United States.**

562 U.S. 1193, 131 S. Ct. 1032, 178 L. Ed. 2d 852, 2011 U.S. LEXIS 647.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 400 Fed. Appx. 1.